JOHN BUTLER, Respondent, *v.* MICHAEL HALLINAN, Appellant.

(Argued January 16, 1874; decided May term, 1874.)

THIS was an action to recover a balance alleged to be due for work and labor. The only questions presented were upon the referee's findings of fact.

*Henry Hagner* for the appellant.

*Anthony Barret* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.